NUMBER 13-00-718-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT, Appellant,


v.


ROTH CONSTRUCTION, INC., FORMERLY KNOWN

AS COLEMAN-ROTH CONSTRUCTION, INC., Appellee.

____________________________________________________________________


On appeal from the 28th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

Appellant, Corpus Christi Independent School District , perfected an appeal from a judgment entered by the 28th District
Court of Nueces County, Texas, in cause number 98-5081-A. After the record was filed, the parties filed a joint motion to
dismiss the appeal. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion
that the motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 10th day of January, 2002.